UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HAYDEN, JR., | No. 2:14-cv-01004 DAD P |
| Petitioner, | |
| v. | ORDER |
| BRIAN DUFFY, Warden, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Petitioner has submitted a declaration that makes the showing required by Section 1915(a). Accordingly, his request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

However, the petition for writ of habeas corpus must be dismissed, with leave to amend, for the following reasons. First, the exhaustion of state court remedies is a prerequisite to this court's consideration of a petition for writ of habeas corpus under § 2254, absent demonstration of a recognized exception to this requirement. See 28 U.S.C. § 2254(b)(1).[1] A petitioner satisfies

---

[1] Nevertheless, a federal habeas petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1

the exhaustion requirement by providing the state's highest court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1985). In the petition filed with this court petitioner identifies only one claim (a challenge to CALJIC No. 17.41.1) that was presented to the California Supreme Court, on direct appeal. (See ECF No. 1 at 2.) Petitioner lists six additional claims -- "insufficient foundation re surveillance tape, discriminatory use of peremptory challenges, insufficient evidence re fingerprints, lesser-included offense, failure to make sufficient inquiry re competency, chain of command re handwritten note" (id. at 2-3) -- that he asserts were raised before the Sacramento County Superior Court on collateral review, but petitioner fails to allege that these claims were thereafter considered by the California Supreme Court, thereby suggesting that they were not.

Second, petitioner failed to fully complete the form used in this district for seeking a petition for writ of habeas corpus. As a practical matter, due to this omission, the court has no guidance in considering the 375-page petition (including exhibits). More importantly, this court may limit its review of the petition to the information on the form and need not consider any memoranda or attachments thereto. See Rule 2(c), Rules Governing § 2254 Cases.

For these reasons, petitioner will be required to submit a new and fully completed petition on the proper form, which alleges the exhaustion of the claims presented by presentation to the state high court. Although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims and allegations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis.

2. Petitioner's application for a writ of habeas corpus is dismissed with leave to file an amended petition within thirty days after the filing date of this order.[2]

/////

---

[2] By setting this deadline the court is making no determination whether the petition is subject to dismissal as untimely.

3. The amended petition must bear the case number assigned to this action and the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner a blank copy of this court's form for seeking a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

5. Petitioner may, but need not, request that the exhibits attached to his instant petition be transferred as exhibits to his Amended Petition.

6. Petitioner's failure to abide by this order will result in a recommendation that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hayd1004.103+114+115