1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   ALPHONSO HAYDEN, JR.,                    No.  2:14-cv-1004 WBS DB P
11                      Petitioner,
12          v.                                ORDER
13   BRIAN DUFFY, Warden,
14                      Respondent.
15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17   under 28 U.S.C. § 2254.  Pending before the court is respondent's motion to dismiss the operative
18   petition as barred by the applicable statute of limitations. (ECF No. 22.)
19          By order dated July 1, 2015, the court directed the parties to file supplemental briefs
20   addressing whether equitable tolling of the statute of limitations is warranted in this case.  (ECF
21   No. 31.) On November 23, 2016, following the transfer of this case to the undersigned, the
22   Federal Defender was appointed to represent petitioner for purposes opposing the motion to
23   dismiss. (ECF No. 47.) Since then, two stipulations have been submitted for an extension of time
24   to file a motion for an evidentiary hearing or a notice that such a hearing is not requested. (ECF
25   Nos. 49 and 51.)
26          Based on the procedural history of this case and counsel's declaration, and pursuant to the
27   parties' stipulation, IT IS HEREBY ORDERED that:
28          1.   The deadline for the petitioner to file a motion for evidentiary hearing (or any notice

                                                   1

1    informing this court that such a hearing is not requested) is April 21, 2017;

2        2.   Respondent's reply brief shall be filed no later than May 5, 2017;

3        3.   Petitioner's reply brief, if any, shall be filed no later than May 12, 2017; and

4        4.   The Clerk of the Court is directed to term respondent's motion to dismiss (ECF No.

5            22) pending submission of the supplemental briefing ordered herein.

6    Dated:  March 2, 2017

7

8                                                        _____

9                                                        DEBORAH BARNES
                                                        UNITED STATES MAGISTRATE JUDGE
10

11   /DLB7;
     DB/Inbox/Routine;hayd1004.mtd.term
12

2