HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ALPHONSO HAYDEN, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HAYDEN, JR.,<br><br>Petitioner,<br><br>v.<br><br>ROBERT W. FOX,<br><br>Respondent. | Case No. 2:14-cv-01004-WBS-DB<br><br>**STIPULATION FOR EXTENSION OF TIME TO EXTEND BRIEFING SCHEDULE FOR EVIDENTIARY HEARING**<br><br>Judge:  Honorable DEBORAH M. BARNES |

IT IS HEREBY STIPULATED by and between XAVIER BECERRA, Attorney General

of California through Deputy Attorney General JUSTAIN RILEY, attorneys for Respondent, and

HEATHER E. WILLIAMS, Federal Defender through Assistant Federal Defender HANNAH R.

LABAREE, attorneys for ALPHONSO HAYDEN, JR., that the briefing schedule to file reply

and response motions for Evidentiary hearing be extended as follows, pursuant to Local Rule

144;

     The respondent's reply shall be filed no later than July 12, 2018;

     The Petitioner's response shall be filed no later than August 9, 2018.

/ / /

/ / /

/ / /

Counsel for the Petitioner will be unavailable for the next two weeks, and will require additional

time to file a potential response to the government's reply and for ongoing investigation.

Dated: May 23, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender
Attorneys for Petitioner Alphonso Hayden, Jr.

Dated: May 23, 2018

XAVIER BECERRA
Attorney General of California

/s/ Justain Riley
JUSTAIN RILEY
Deputy Attorney General
Attorney for Respondent Robert W. Fox

ORDER

Pursuant to the parties' request, and good cause appearing, the deadline for the

Respondent to file the reply is **July 12, 2018[1]** and the Petitioner's response shall be filed no later

than **August 9, 2018.**

Dated: July 13, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7
DB/Inbox/Routine/hayd1004.eot7

---

[1] Respondent filed an opposition on July 10, 2018, before the parties' stipulated deadline and before this matter
could be addressed by the court. (ECF No. 66.) Considering the instant order, the opposition is deemed timely filed.