UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HAYDEN, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT W. FOX, <br><br> Respondent. | Case No. 2:14-cv-01004-WBS-DB P <br><br> **ORDER CONTINUING EVIDENTIARY HEARING** |

The Court is in receipt of petitioner's unopposed motion to continue the August 22, 2019 evidentiary hearing. (ECF No. 72.) Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion is GRANTED, and the evidentiary hearing is continued to November 18, 2019, Courtroom No. 27 at 9:00 a.m.

Dated: August 5, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE