UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HAYDEN, JR., | No. 2:14-cv-1004 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| BRIAN DUFFY, Warden, | |
| Respondent. | |

On November 18, 2019, the Court held an evidentiary hearing in this matter at which Assistant Federal Defender Hannah Larabee appeared on behalf of petitioner, and Deputy Attorney General Justain Riley appeared on behalf of respondent. Having heard the testimony of the parties' respective witnesses, the Court HEREBY ORDERS that each party shall file an additional brief, not to exceed **10 pages**, on or before December 9, 2019, and limited in scope to the relevance to petitioner's equitable tolling argument of any new evidence and/or expert testimony offered by the parties at, or in relation to, the evidentiary hearing.

Dated: November 19, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Priority/hayd1004.addl br

1