| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>HANNAH R. LABAREE, Bar #294338<br>Assistant Federal Defender<br>Counsel Designated for Service<br>801 I Street, 3rd Floor<br>Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 6<br>7 | Attorneys for Petitioner<br>ALPHONSO HAYDEN, JR. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO HAYDEN, JR.,<br><br>Petitioner,<br>v.<br>ROBERT W. FOX,<br>Respondent. | Case No. 2:14-cv-01004-WBS-DB<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE SUPPLEMENTARY BRIEFING FOLLOWING EVIDENTIARY HEARING**<br><br>Judge: Honorable DEBORAH M. BARNES |

IT IS HEREBY STIPULATED by and between XAVIER BECERRA, Attorney General of California through Deputy Attorney General JUSTAIN RILEY, attorneys for Respondent, and HEATHER E. WILLIAMS, Federal Defender through Assistant Federal Defender HANNAH R. LABAREE, attorneys for ALPHONSO HAYDEN, JR., Petitioner, that the deadline to file the supplemental briefing following the November 18, 2019 evidentiary hearing, pursuant to this Court's order at Docket # 76, be extended from on or before December 9, 2019, to on or before December 16, 2019, pursuant to Local Rule 144.

/ / /

/ / /

/ / /

/ / /

Petitioner's Unopposed Request for Extension of Time   1

Counsel for the Petitioner requires an additional week to file the supplemental briefing because of deadlines predating this Court's order allowing for supplemental briefing due on or before December 9, 2019. An additional week is sufficient time to allow both parties to file additional briefs, not to exceed 10 pages, and limited in scope to the relevance to petitioner's equitable tolling argument of any new evidence and/or expert testimony offered by the parties at, or in relation to, the evidentiary hearing.

Dated: December 4, 2019

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Hannah R. Labaree*
                                              HANNAH R. LABAREE
                                              Assistant Federal Defender
                                              Attorneys for Petitioner Alphonso Hayden, Jr.

Dated: December 4, 2019                    XAVIER BECERRA
                                              Attorney General of California

                                              */s/ Justain Riley*
                                              JUSTAIN RILEY
                                              Deputy Attorney General
                                              Attorney for Respondent Robert W. Fox

## ORDER

    Pursuant to the parties' request, and good cause appearing, the deadline for the parties to file supplemental briefing following the November 18, 2019 evidentiary hearing, is extended from on or before **December 9, 2019** to on or before **December 16, 2019**.

Dated: December 4, 2019

                                              DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE